UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGOR BORBOT *and* ALEKSEY BOYTSOV,

        Plaintiffs,

– *against* –

DENIS VALENTINOVICH MANUTROV, SERGEY VIKTOROVICH CHEMEZOV, *and* ANDREWY SHISHKIN,

        Defendants.

**ORDER**

16 Civ. 8369 (ER)

RAMOS, D.J.:

    The plaintiffs filed their complaint on October 27, 2016. No action in this case has occurred since then. Accordingly, the plaintiffs are ordered to file a status report with the Court by **February 26, 2020**.

It is SO ORDERED.

Dated:  January 29, 2020
          New York, New York

                                        EDGARDO RAMOS, U.S.D.J.